# United States Court of Appeals

## For the Eighth Circuit

_____

No. 18-2009

_____

Darrell Woods

*Plaintiff - Appellant*

v.

Jonathan Lewis, #127239; Justin Golian, #112180; Randy Ochs, C.O. III, #41639; Ricky Hays, Caseworker; James Hurley, Warden; Alan Earls, Deputy Division Director

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Eastern District of Missouri - Hannibal

_____

Submitted: April 17, 2019
Filed: April 23, 2019
[Unpublished]

_____

Before ERICKSON, BOWMAN, and GRASZ, Circuit Judges.

PER CURIAM.

In this 42 U.S.C. § 1983 action, Darrell Woods appeals after the district court[1] dismissed some of his claims preservice, adversely granted summary judgment on

_____

[1]The Honorable Catherine D. Perry, United States District Judge for the Eastern District of Missouri.

other claims, and declined to exercise supplemental jurisdiction over his remaining state-law claims. After careful de novo review, we conclude that the district court did not err in disposing of Woods's federal claims. See Moore v. Sims, 200 F.3d 1170, 1171 (2000) (per curiam) (de novo review of 28 U.S.C. § 1915(e)(2) dismissal for failure to state a claim); see also Odom v. Kaizer, 864 F.3d 920, 921 (8th Cir. 2017) (de novo review of grant of summary judgment; summary judgment is proper when there is no genuine issue of material fact and party is entitled to judgment as a matter of law; evidence is viewed, and all reasonable inferences are drawn, in favor of the nonmoving party). We further conclude that it was proper for the district court not to exercise jurisdiction over the remaining state-law claims. See 28 U.S.C. § 1367 (district court may decline to exercise supplemental jurisdiction over state-law claims if the court has dismissed all claims over which it has original jurisdiction).

The judgment of the district court is affirmed. See 8th Cir. R. 47B.

_____